# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Lee J. Blount,

    Plaintiff(s),

vs.

State of North Carolina Legislature,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv168

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/16/2008 Order.

Signed: April 17, 2008

Frank G. Johns, Clerk
United States District Court